UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Edward Harold Saunders, Jr, | ) | C/A No.:8:08-cv-03333-GRA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (Written Opinion) |
| Warden John J LaManna, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter comes before the Court on the defendant's motion to extend time to file objections to the magistrate's Report and Recommendation filed on December 2, 2008. Objections were due on December 19, 2008. The petitioner filed for an extension on December 15, 2008.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court may grant the petitioner an extension of time to file a responsive motion for good cause shown. The defendant states he has not had enough time to respond due to limited access to the law library and attached a schedule of the limited library hours. In light of this, the Court is willing to extend the deadline to file objections to January 15, 2009. In order to file his objections, the defendant need only hand them to the mailing facility at his prison. *See Houston v. Lack*, 487 U.S. 266 (1988). If the petitioner files his objections beyond January 15, 2009, this Court will consider them untimely.

IT IS SO ORDERED.

 

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
January 7, 2009

### NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff has the right to appeal this Order within thirty (30) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**